CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 22 2005

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

M-CAM, INC.,

    *Plaintiff,*

v.

RICHARD D'AGOSTINO;
IPI FINANCIAL SERVICES;
PLX SYSTEMS, INC.; AND
PRINCIPAL FINANCIAL GROUP,

    *Defendants.*

CIVIL ACTION No. 3:05-CV-00006

ORDER

JUDGE NORMAN K. MOON

Before the court is M-CAM's June 1, 2005 Motion to Disqualify McGuireWoods as counsel for IPI Financial Services (IPI) in the pending action. For the reasons set forth in the Memorandum Opinion, the Motion to Disqualify is hereby DENIED.

The Clerk of the Court is hereby directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

8/22/05
Date