CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 22 2005

JOHN F. GORGORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| M-CAM, INC., | CIVIL ACTION NO. 3:05-CV-00006 |
| *Plaintiff,* | |
| v. | ORDER |
| RICHARD D'AGOSTINO, IPI FINANCIAL SERVICES, INC., PLX SYSTEMS, INC., AND PRINCIPAL FINANCIAL GROUP, | JUDGE NORMAN K. MOON |
| *Defendants.* | |

Before the Court is Defendant Principal Financial Group's Motion to Dismiss. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ADJUDGED, ORDERED AND DECREED

as follows:

1. The Motion to Dismiss shall be, and it hereby is, GRANTED in its entirety.

2. The Plaintiff's case against Defendant Principal Financial Group shall be, and it hereby is, STRICKEN from the docket of the Court. All other actions by the Plaintiff in the above-captioned case are to remain on the docket of the Court.

The Clerk of the Court is hereby directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED:

_Norman K. Moon_
United States District Judge

_8/22/05_
Date