# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| M-CAM,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD D'AGOSTINO,<br>IPI FINANCIAL SERVICES, INC.,<br>AND PLX SYSTEMS, INC.,<br><br>*Defendants.* | CIVIL ACTION NO. 3:05-CV-00006<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Before the Court is Defendant IPI Financial Services, Inc.'s Motion to Compel Arbitration and Stay Proceedings, and Defendant PLX Systems, Inc.'s Motion to Stay. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED

as follows:

1. Defendant IPI Financial Services, Inc.'s Motion to Compel shall be, and it hereby is, GRANTED as to the Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth and Tenth Claims for Relief. The Motion to Compel shall be, and it hereby is, DENIED as to the First and Second Claims for Relief.

2. IPI Financial Services, Inc.'s Motion to Stay Proceedings shall be, and it hereby is,

GRANTED.

2. Defendant PLX System's Inc.'s Motion to Stay shall be, and it hereby is, GRANTED. All action in the above-captioned case shall be stayed until the conclusion of arbitration proceedings. The Clerk of the Court is hereby directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: _____
United States District Judge

October 18, 2005
Date